# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-01304-WJM-KMT          FTR - Courtroom C-201

**Date:** April 18, 2011          Deputy Clerk, Nick Richards

CHRISTINA DIAS,          Elaine Corey

    Plaintiff,

v.

SHELTER MUTUAL INSURANCE, dba and aka          Brian Douglas Kennedy
Shelter General Insurance, a Missouri Insurance
Company licensed to do business in Colorado,

    Defendant.

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:04 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called in regards to Defendant's Motion for Protective Order [Doc. No. 34, filed March 29, 2011].

It is **ORDERED**:     Defendant's Motion for Protective Order is **GRANTED**.

It is **ORDERED**:     The Deadline for Joinder of Parties and Amendment of Pleadings is extended to May 4, 2011.

**Court in Recess: 10:14 a.m.**
Hearing concluded.
Total In-Court Time     00:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.