## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-01304-WJM-KMT               FTR - Courtroom C-201

**Date:** October 6, 2011                              Deputy Clerk, Nick Richards


CHRISTINA DIAS,                                        Peter Joseph Moyson

       Plaintiff,

v.

SHELTER MUTUAL INSURANCE, dba and aka                  Brian Douglas Kennedy
Shelter General Insurance, a Missouri Insurance
Company licensed to do business in Colorado,

       Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 10:17 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Discovery [Doc. No. 66, filed August 16, 2011].

The court hears argument from counsel.

It is **ORDERED**:     Plaintiff's Motion to Compel Discovery [66] is **GRANTED IN PART AND DENIED IN PART**.  The motion is granted as to the reserve loss information requested and defense counsel is to produce that information to plaintiff's forthwith.  The motion is denied as to the attorney-client information exchanged between Shelter Insurance and attorney Franklin Patterson before the filing of this action.

**Court in Recess: 10:39 a.m.**
Hearing concluded.
Total In-Court Time    00:22

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.