IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

───────────────────────────────────────────────────────────────────

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  October 31, 2012 |

───────────────────────────────────────────────────────────────────

| | |
|---|---|
| Civil Action No.   10-cv-01304-WJM-KMT | Counsel: |
| CHRISTINA DIAS, | John G. Taussig<br>Scott D. Smith |
|         Plaintiff, | |
| v. | |
| SHELTER MUTUAL INSURANCE COMPANY,<br>d/b/a Shelter General Insurance, a Missouri<br>Insurance Company licensed to do business in<br>Colorado, | Brian D. Kennedy |
|         Defendant. | |

───────────────────────────────────────────────────────────────────

COURTROOM MINUTES
───────────────────────────────────────────────────────────────────

FINAL TRIAL PREPARATION CONFERENCE

02:00 p.m.     Court in Session

Appearances

Court's comments

Argument is taken on the Plaintiff's Motion For Leave to File Second Amended Complaint (ECF No. 121), which the Court is construing as a motion for leave to amend the Amended Final Pretrial Order:

Argument by Mr. Smith

Argument by Mr. Taussig

Argument by Mr. Kennedy

Argument by Mr. Smith

Court's findings entered on the record.

**ORDERED:** **Plaintiff's Motion For Leave to File Second Amended Complaint, construed as a motion for leave to amend the Amended Final Pretrial Order, to include a claim for punitive damages, (ECF No. 121) is GRANTED.**

**The defendant may file a one-page motion seeking leave to allow its expert to file an amended rebuttal report prior to trial that directly addresses the punitive damage portions of plaintiff's expert's report.**

**ORDERED:** **No trial briefs will be accepted.**

**ORDERED:** **Because counsel did not comply with the Court's Revised Practice Standards, the parties may not submit 702 Motions, voir dire, stipulated or disputed jury instructions, nor statement of the case instructions.**

Mr. Kennedy's comments

Court's comments

**ORDERED:** **With the understanding that the Court has already ruled on the issue of the Jury Instructions, and will not take the time at the charging conference to tell the parties which Instructions have been accepted, modified or rejected, the parties may submit their jury instructions and verdict form for the purpose of making a proffer and for completeness of the record only, by Friday, November 9, 2012.**

**ORDERED:** **Both parties have up to and including Tuesday, November 6, 2012 to file a final set of witness lists in compliance with this Court's Revised Practice Standards.**

**ORDERED:** **With respect to exhibit lists, the parties shall exchange with each other their draft final exhibit lists no later than November 1, 2012. Counsel shall meet in person, face to face, no later than this Friday, November 2nd and stipulate, to the maximum extent possible, both to the authenticity and admissibility of each other's exhibits.**

**No later than Monday, November 5, 2012 the parties shall file their final set of exhibit lists in full compliance with the Court's Revised Practice Standards**.

**ORDERED:** **By November 1st, counsel shall e-mail to chambers an identification of all counsel and party representatives that will be present at counsel table throughout the trial.**

Discussion re settlement discussions/mediation

**ORDERED:** **Counsel shall be present at 8:00 on the first day of trial, Tuesday, November 13, 2012; and the Court will address any pretrial matters at that time.  The jury will be brought up at 8:30 a.m.**

02:31 p.m.   Court in Recess
             Hearing concluded
             Time: 31 minutes